<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6372**

---

In re: PAUL NAGY,

                                                    Petitioner.

---

On Petition for Writ of Mandamus.  (CA-98-951-5)

---

Submitted:  June 15, 2000              Decided:  June 22, 2000

---

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Petition dismissed by unpublished per curiam opinion.

---

Paul Nagy, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Nagy, who is presently confined at FCI-Butner, petitions this court for a writ of mandamus directing the district court to rule on four motions prior to conducting a hearing on whether Nagy should remain in the custody of the Attorney General. The mandamus petition was filed on March 21, 2000, the date the hearing originally was scheduled. The hearing was postponed and took place on March 28. Because the hearing has already occurred, we deny the mandamus petition as moot. We therefore deny the motion for leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal arguments are adequately presented in the materials before us and argument would not aid the decisional process.

DISMISSED